U.S. MARSHAL
2021 DEC -3 AM 10: 42
MIDDLE DIST OF FLORIDA
TAMPA

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 8:21 cr 380 TPB - AAS |
| SERGIO JOSE REYES ESPINOZA | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

2021 DEC 16 PM12: 55    FILED

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    SERGIO JOSE REYES ESPINOZA                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute a thousand (1000) kilograms or more of marihuana while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute a thousand (1000) kilograms or more of marihuana, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 12/3/2021

_____
*Melanie Bowman*
*Issuing officer's signature*

City and state:    Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12-03-2021 , and the person was arrested on *(date)* 12-15-2021 at *(city and state)* MIAMI, FL . |
| Date: 12/16/21    SIGN FOR USCG |
| *Arresting officer's signature* |
| R. DeJull CWUSM |
| *Printed name and title* |